DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. VAUGHAN

No. 214 PC.

No. 81 (Fall Term).

Case below: 51 N.C. App. 408.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 8 July 1981.

STATE v. WILLIAMS

No. 156 PC.

Case below: 51 N.C. App. 397.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 8 July 1981.

STATE v. WRIGHT

No. 241 PC.

Case below: 52 N.C. App. 166.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

STATE BAR v. DuMONT

No. 205 PC.

No. 80 (Fall Term).

Case below: 52 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 8 July 1981.

TOWN OF SYLVA v. GIBSON

No. 50.

Case below: 51 N.C. App. 545.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 8 July 1981.